Frank C. Rothrock (SBN: 54552)
Thomas A. Woods (SBN: 210050)
SHOOK, HARDY & BACON L.L.P.
Jamboree Center
5 Park Plaza, Suite 1600
Irvine, California 92164-2546
Telephone: (949) 475-1500
Facsimile: (949) 475-0016
  twoods@shb.com

Attorneys for Defendants denominated "Covidien, Inc.;" and "Mallinckrodt, Inc."

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTIE BECKWITH and PETRA BECKWITH,<br><br>Plaintiffs,<br><br>vs.<br><br>BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER HEALTHCARE LLC; GENERAL ELECTRIC COMPANY; GE HEALTHCARE, INC.; COVIDIEN, INC.; MALLINCKRODT, INC.; and BRACCO DIAGNOSTICS, INC.<br><br>Defendants. | Case No. CV 08-1369 (JCS)<br><br>**STIPULATION OF THE PARTIES RE: ENLARGEMENT OF TIME FOR DEFENDANTS DENOMINATED "COVIDIEN, INC.," AND "MALLINCKRODT, INC." TO FILE A RESPONSIVE PLEADING**<br><br>Complaint filed: March 10, 2008 |

TO THE COURT, THE PARTIES, AND ALL COUNSEL FOR THE PARTIES IN THIS CASE:

Consistent with Local Rule 6-1 of the U.S. District Court for the Northern District of California, and based on the March 28, 2008 agreement between counsel for plaintiffs Montie and Petra Beckwith and counsel for defendants denominated "Covidien, Inc." and "Mallinckrodt, Inc.," (hereinafter "Mallinckrodt"), it is hereby stipulated that Mallinckrodt's response to plaintiffs' complaint is now due to be filed and served on or before May 1, 2008.

The parties further recognize that this enlargement of time to respond to plaintiffs' complaint does not interfere with any event or deadline already fixed by

1  Court order. Specifically, the Court's Order Setting Initial Case Management
2  Conference fixes the date for the parties' Fed. rule Civ. Proc. 26(f) Conference for
3  June 13, 2008.
4        IT IS SO STIPULATED:

DATED: March  28 , 2008          Respectfully submitted,

                                  SHOOK, HARDY & BACON L.L.P.


                                  By:   s/ Frank C. Rothrock
                                        FRANK C. ROTHROCK
                                        THOMAS A. WOODS
                                  Attorneys for Defendants denominated
                                  "Covidien, Inc.;" and "Mallinckrodt,
                                  Inc."

DATED: March  28 , 2008          LEVIN SIMES KAISER & GORNICK
                                  LLP


                                  By:      s/ Debra DeCarli
                                        Lawrence J. Gornick
                                        Debra DeCarli
                                  Attorneys for Plaintiffs Montie and
                                  Petra Beckwith

Dated: March 31, 2008

IT IS SO ORDERED
Judge Joseph C. Spero