TUCKER ELLIS & WEST LLP
MICHAEL C. ZELLERS-STATE BAR NO. 146904
MOLLIE BENEDICT-STATE BAR NO. 187084
AGGIE B. LEE-STATE BAR NO. 228332
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone: (213) 430-3400
Facsimile: (213) 430-3409
michael.zellers@tuckerellis.com
mollie.benedict@tuckerellis.com
aggie.lee@tuckerellis.com

Attorneys for Defendant
BRACCO DIAGNOSTICS INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MONTIE BECKWITH and PETRA BECKWITH,<br><br>Plaintiffs,<br><br>v.<br><br>BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER HEALTHCARE LLC; GENERAL ELECTRIC COMPANY; GE HEALTHCARE, INC.; COVIDIEN, INC.; MALLINCKRODT, INC.; and BRACCO DIAGNOSTICS, INC.,<br><br>Defendants. | Case No. CV-08-1369 JCS<br><br>**STIPULATION OF PLAINTIFFS AND DEFENDANT BRACCO DIAGNOSTICS INC. TO EXTEND DEFENDANT'S TIME TO MOVE OR PLEAD** |

L.A.imanage/11255/00007/606304/1

1    Plaintiffs Montie Beckwith and Petra Beckwith and defendant Bracco
2  Diagnostics Inc. by and through their respective counsel, hereby stipulate as
3  follows:
4    The time for Bracco Diagnostics Inc. to move or plead to Plaintiffs'
5  Complaint shall be extended to May 1, 2008.   Plaintiffs' counsel authorized the
6  stipulation to extend Bracco Diagnostic Inc.'s time to move or plead via email
7  dated March 20, 2008.
8
9  DATED:  MARCH 31, 2008          TUCKER ELLIS & WEST LLP
10
11
12                                By:    /s/ Aggie B. Lee
                                        Aggie B. Lee
13                                      Attorneys for Defendant
                                        BRACCO DIAGNOSTICS INC.
14
15
16  DATED:  MARCH 31, 2008          LEVIN SIMES KAISER & GORNICK LLP
17
18
19                                By:    /s/ Lawrence J. Gornick
                                        Lawrence J. Gornick
20                                      Attorneys for Plaintiffs MONTIE
                                        BECKWITH and PETRA
21                                      BECKWITH
22
23  Dated:  April 1, 2008      IT IS SO ORDERED
                                Judge Joseph C. Spero
24
25
26
27
28
                                2.
           STIPULATION OF PLAINTIFFS AND DEFENDANT BRACCO DIAGNOSTICS
           INC. TO EXTEND DEFENDANT'S TIME TO MOVE OR PLEAD
                            CV-08-1369 JCS
LAimanage/11255/00007/606304/1