1  RODNEY M. HUDSON (State Bar No. 189363)
   DRINKER BIDDLE & REATH LLP
2  50 Fremont Street, 20th Floor
   San Francisco, California  94105-2235
3  Telephone: (415) 591-7500
   Facsimile: (415) 591-7510
4
   Attorneys for Defendants
5  BAYER HEALTHCARE PHARMACEUTICALS, INC,;
   BAYER HEALTHCARE LLC
6

7

8               UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11 MONTIE BECKWITH and PETRA          Case No. CV-08-1369-JCS
   BECKWITH,
12                                    **STIPULATION EXTENDING TIME
                 Plaintiffs,          FOR DEFENDANTS BAYER
13                                    HEALTHCARE
        v.                            PHARMACEUTICALS, INC. AND
14                                    BAYER HEALTHCARE LLC TO FILE
   BAYER HEALTHCARE                   A RESPONSIVE PLEADING**
15 PHARMACEUTICALS, INC.; BAYER
   HEALTHCARE LLC; GENERAL
16 ELECTRIC COMPANY; GE
   HEALTHCARE, INC.; COVIDIEN, INC.;
17 MALLINCKRODT, INC.; and BRACCO
   DIAGNOSTICS, INC.,
18
                 Defendants.
19

20         TO THE COURT, THE PARTIES, AND ALL COUNSEL FOR THE PARTIES
21 IN THIS CASE:
22         Pursuant to Local Rule 6-1 of the U.S. District Court for the Northern District of
23 California, and based on the March 17, 2008 agreement between counsel for Plaintiffs
24 MONTIE BECKWITH and PETRA BECKWITH and counsel for Defendants BAYER
25 HEALTHCARE PHARMACEUTICALS, INC. and BAYER HEALTHCARE LLC
26 (collectively referred to herein as "Bayer") it is hereby stipulated that Bayer's response to
27 Plaintiffs' complaint is now due to be filed and served on or before May 1, 2008.
28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105

SF1\397288\1       STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND          CASE NO. CV-08-1369-JCS

The parties further recognize that this enlargement of time to respond to Plaintiffs' complaint does not interfere with any event or deadline already fixed by Court order.

Dated: March 31, 2008                    LEVIN SIMES KAISER & GORNICK LLP

                                         /S/ Debra DeCarli
                                         LAWRENCE J. GORNICK
                                         DEBRA DeCARLI

                                         Attorneys for Plaintiffs
                                         WILLIAM PASCHAL and PATRICIA
                                         PASCHAL

Dated: March 31, 2008                    DRINKER BIDDLE & REATH LLP

                                         /S/ Rodney M. Hudson
                                         RODNEY M. HUDSON

                                         Attorneys for Defendants
                                         BAYER HEALTHCARE
                                         PHARMACEUTICALS, INC. AND
                                         BAYER HEALTHCARE LLC

Dated:  4/1/8

IT IS SO ORDERED

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\397288\1          STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND          CASE NO. CV-08-1369-JCS