Inasmuch as no objection is pending at this time, the stay is lifted.

APR - 9 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
2008 APR 14 PM 2: 2?

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 24 2008

FILED
CLERK'S OFFICE

I hereby certify that this instrument is a true and correct copy of the original on file in my office.
Attest: Geri M. Smith, Clerk
U.S. District Court
Northern District of Ohio
By: /S/Jennifer Smolinski
Deputy Clerk

IN RE: GADOLINIUM CONTRAST DYES PRODUCTS
LIABILITY LITIGATION

MDL No. 1909

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-3)**

On February 27, 2008, the Panel transferred 20 civil actions to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See ___F.Supp.2d___ (J.P.M.L. 2008). With the consent of that court, all such actions have been assigned to the Honorable Dan A. Polster.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Polster.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of February 27, 2008, and, with the consent of that court, assigned to the Honorable Dan A. Polster.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

APR - 9 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: GADOLINIUM CONTRAST DYES PRODUCTS
LIABILITY LITIGATION

MDL No. 1909

## SCHEDULE CTO-3 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ARKANSAS EASTERN** | |
| ARE 4 08-179 | Debra Penney Pilkington, et al. v. General Electric Co., et al. |
| **CALIFORNIA NORTHERN** | |
| CAN 3 08-1298 | William Paschal, et al. v. Bayer Healthcare Pharmaceuticals, Inc., et al. |
| CAN 3 08-1367 | Orellene Seabold v. Bayer Healthcare Pharmaceuticals, Inc., et al. |
| CAN 3 08-1368 | Amy Osborn, et al. v. Bayer Healthcare Pharmaceuticals, Inc., et al. |
| CAN 3 08-1369 | Montie Beckwith, et al. v. Bayer Healthcare Pharmaceuticals, Inc., et al. |
| **KANSAS** | |
| KS 2 08-2103 | Chester Dlugopolski, II v. General Electric Co., et al. |
| **LOUISIANA EASTERN** | |
| LAE 2 08-1231 | Newman Benoit, etc. v. General Electric Co., et al. |
| **PENNSYLVANIA EASTERN** | |
| PAE 2 08-1227 | Shuin-Lin Yang, M.D., et al. v. General Electric Co., et al. |
| **TEXAS EASTERN** | |
| TXE 1 08-131 | Richard Hudson, et al. v. General Electric Co., et al. |